UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

CHAUNCEY PHILLIPS,

        Plaintiff,        Case No. 1:20-cv-110

v.        Honorable Paul L. Maloney

JAMES SMITH,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 6, 2020        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge